Bob L. Olson, Esq.
Nevada Bar No. 3783
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
        spope@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT XU, | Case No.  2:26-cv-00617-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC. EXPERIAN INFORMATION SOLUTIONS, INC.; PHH MORTGAGE CORPORATION; TRANS UNION LLC, | |
| | **(FIRST REQUEST)** |
| Defendants. | Complaint filed:  March 5, 2026 |

It is hereby stipulated by and between Plaintiff Dwight Xu ("Plaintiff"), through his attorney, Miles N. Clark, Esq., of the Law Offices of Miles N. Clark, LLC, and Defendant Experian Information Solutions, Inc. ("Experian"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed his Complaint on March 5, 2026.  Experian was served on March 10, 2026. The deadline for Experian to respond to the Complaint is currently set for March 31, 2026.  In the interest of conserving client and judicial resources, Plaintiff and Experian stipulate and agree that Experian shall have until **April 21, 2026**, to file its responsive pleading.  This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow the parties to discuss settlement.

DATED March 23, 2026.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
bolson@swlaw.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

DATED March 23, 2026.

LAW OFFICE OF MILES N. CLARK, LLC

*/s/ Milea N. Clark*
Miles N. Clark (NV Bar No. 13848)
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
myancey@consumerjustice.com

*Attorneys for Plaintiff Dwight Xu*

## ORDER

**IT IS HEREBY ORDERED** that Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or before April 21, 2026.

**IT IS SO ORDERED**.

_____
U.S. DISTRICT COURT JUDGE

DATED this 23rd day of March 2026.

- 2 -

4913-6294-9530

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED:  March 23, 2026.

_/s/ Mary Full_
Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89135
702.784.5200

- 3 -

4913-6294-9530