HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (*Nevada Office*)
Telephone: (213) 928-9800
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA (*Los Angeles Office*)

*Attorneys for Defendant PHH Mortgage Corporation.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT XU,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; PHH MORTGAGE CORPORATION;<br>and TRANS UNION LLC,<br><br>        Defendants. | Case No.  2:26-cv-00617<br><br>**STIPULATION AND ORDER TO<br>EXTEND TIME FOR DEFENDANT<br>PHH MORTGAGE CORPORATION<br>TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Dwight Xu and Defendant Onity Mortgage Corporation, formerly known as PHH Mortgage Corporation[1] ("Onity") hereby submit this Stipulation to extend the deadline an additional 30 days for Onity to respond to the complaint, or through April 30, 2026.  This is the Parties' first request for an extension.

1. Plaintiff's complaint was filed on March 5, 2026.

2. Onity was served with the complaint on or about March 10, 2026.

3. The current deadline for Onity to respond to the complaint is March 31, 2026.

4. Onity is conducting an investigation regarding Plaintiff's allegations in order to respond and

---

[1] Effective March 23, 2026, PHH Mortgage Corporation is now known as Onity Mortgage Corporation.

to engage in good faith settlement discussions with Plaintiff.

5.  Parties have agreed to extend the deadline to respond to the complaint through **April 30, 2026**.

| | |
|---|---|
| DATED this 27th day of March 2026<br><br>**CONSUMER JUSTICE LAW FIRM**<br><br>*/s/ Miles N. Clark*<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, Nevada 89148<br>Telephone: (702) 856-7430<br>Email: miles@milesclarklaw.com<br><br>*Attorneys for Plaintiff Dwight Xu* | DATED this 27th day of March 2026<br><br>**TROUTMAN PEPPER LOCKE LLP**<br><br>*/s/ Holly E. Cheong*<br>Holly E. Cheong, Esq.<br>Nevada Bar No. 11936<br>8985 S. Eastern Ave., Suite 200<br>Las Vegas, Nevada 89123 (*Nevada Office*)<br>Telephone: (213) 928-9800<br>Email: holly.cheong@troutman.com<br><br>350 South Grand Avenue, Suite 3400<br>Los Angeles, CA (*Los Angeles Office*)<br><br>*Attorneys for Defendant PHH Mortgage Corporation* |

## **ORDER**

IT IS HEREBY ORDERED that PHH shall have through **April 30, 2026**, to respond to the complaint.

DATED: 3/30/2026

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Holly E. Cheong*
Holly E. Cheong, Esq.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (*Nevada Office*)
Tele: (213) 928-9800
Email: holly.cheong@troutman.com

350 South Grand Avenue, Suite 3400
Los Angeles, CA (*Los Angeles Office*)

*Attorneys for Defendant PHH Mortgage Corporation.*