Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Dwight Xu*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT XU,<br><br>           Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; PHH MORTGAGE CORPORATION; and TRANS UNION LLC,<br><br>           Defendants. | Case No. 2:26-cv-00617-JCM-DJA<br><br>**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE DISMISSAL OF DEFENDANT TRANS UNION LLC**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: March 5, 2026<br><br>Assigned to Hon. Judge James C. Mahan |

Plaintiff, Dwight Xu ("Plaintiff") by and through counsel of record, hereby moves the Court for an extension to file his dismissal of Trans Union:

1. On March 31, 2026, Plaintiff and Trans Union reached a settlement regarding Plaintiff's claims against Trans Union, and Plaintiff filed a Notice of Settlement with Trans Union. [Dkt. 13].

2. On March 31, 2026, the Court entered an Order regarding the settlement with Trans Union. [Dkt. 15].

3. Pursuant to the Court's Order, Plaintiff's current deadline to file a dismissal of Trans Union is June 29, 2026.

4. Plaintiff and Trans Union have agreed to extend the dismissal deadline by sixty

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

(60) days to allow additional time to finalize the settlement documents and effectuate the terms of the agreement. Plaintiff therefore respectfully requests that the Court extend the deadline to **August 29, 2026**.

This motion is made in good faith, is not interposed for delay, and is not filed for an improper purpose

**IT IS SO STIPULATED.**
DATED: June 29, 2026.

**LAW OFFICES OF MILES N. CLARK, LLC**

/s/ *Miles N. Clark*

Miles N. Clark, Esq.
Nevada Bar No. 13848
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Dwight Xu*

## ORDER GRANTING

## PLAINTIFF'S MOTION TO EXTEND TIME TO FILE DISMISSAL OF DEFENDANT

## TRANS UNION LLC

**IT IS SO ORDERED.**

DATED:        June 29, 2026

_____
UNITED STATES DISTRICT JUDGE

*Xu v. Equifax Information Services, LLC et al*
*Case No. 2:26-cv-00617-JCM-DJA*

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com