Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Dwight Xu*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT XU,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; PHH MORTGAGE CORPORATION; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:26-cv-00617-JCM-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE**<br><br>Complaint filed: March 5, 2026<br><br>Assigned to Hon. Judge James C. Mahan |

//

//

//

//

//

//

//

//

//

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff Dwight Xu ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") to be determined by this Court. Plaintiff and Experian hereby stipulate that all claims and causes of action that were or could have been asserted against Experian are hereby dismissed with prejudice, with each side to bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: July 22, 2026.

| LAW OFFICES OF MILES N. CLARK, LLC | SNELL & WILMER L.L.P. |
| --- | --- |
| /s/ *Miles N. Clark*<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: miles@milesclarklaw.com<br><br>*Counsel for Plaintiff*<br>*Dwight Xu* | /s/ *Bob L. Olson*<br>Bob L. Olson, Esq.<br>Nevada Bar No. 3783<br>Samuel Kenneth Pope, Esq.<br>Nevada Bar No. 16963<br>1700 South Pavilion Center Drive<br>Suite 700<br>Las Vegas NV 89135<br>Email: bolson@swlaw.com<br>Email: spope@swlaw.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |

**ORDER GRANTING**
**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE**

**IT IS SO ORDERED.**

DATED: July 23, 2026

U.S. DISTRICT COURT JUDGE

*Xu v. Equifax Information Services, LLC et al*
*Case No. 2:26-cv-00617-JCM-DJA*



LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com